IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD P. CHAPMAN,

      Plaintiff,                              No. CIV S-05-2065 FCD JFM P

   vs.

WILLIAM M. GALLAGHER, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a *certified* copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

        On October 26, 2005, plaintiff filed a motion for appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296,

1

1  298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance
2  of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir.
3  1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the
4  court does not find the required exceptional circumstances.  Plaintiff's motion for the
5  appointment of counsel will therefore be denied.
6           Finally, on November 7, 2005, plaintiff filed a motion for leave to amend his
7  complaint.  Plaintiff's motion was not accompanied by a proposed amended complaint.  Plaintiff
8  is entitled to amend his complaint once as a matter of right prior to service of a responsive
9  pleading.  <u>See</u> Fed. R. Civ. P. 15.  The court has not yet ordered service on any defendant, so
10 plaintiff may amend his complaint as a matter of right.  Good cause appearing, plaintiff's original
11 complaint will be dismissed and plaintiff will be granted a period of thirty days in which to file
12 an amended complaint.
13          In accordance with the above, IT IS HEREBY ORDERED that:
14          1. Plaintiff shall submit, within thirty days from the date of this order, a
15 completed affidavit in support of his request to proceed in forma pauperis on the form provided
16 by the Clerk of Court;
17          2. The Clerk of the Court is directed to send plaintiff a new Application to
18 Proceed In Forma Pauperis By a Prisoner; and
19          3. Plaintiff shall submit, within thirty days from the date of this order, a ***certified***
20 copy of his prison trust account statement for the six month period immediately preceding the
21 filing of the complaint.
22          4. Plaintiff's October 26, 2005 motion for appointment of counsel is denied.
23          5. Plaintiff's November 7, 2005 motion to amend is granted.
24          6. Plaintiff's original complaint is dismissed.
25          7. Plaintiff is granted thirty days from the date of service of this order to file an
26 amended complaint that complies with the requirements of the Civil Rights Act, the Federal

1 | Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the
2 | docket number assigned this case and must be labeled "Amended Complaint"; plaintiff must file
3 | an original and two copies of the amended complaint.
4 |     8. Plaintiff is cautioned that failure to file a completed in forma pauperis
5 | application accompanied by a certified copy of his prison trust account statement, or to file an
6 | amended complaint in accordance with this order, will result in a recommendation that this
7 | action be dismissed.
8 | DATED: November 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf
chap2065.3c+n