IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD P. CHAPMAN,

    Plaintiff,                        No. CIV S-05-2065 FCD JFM P

    vs.

WILLIAM M. GALLAGHER, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed November 29, 2005, plaintiff's complaint was dismissed and plaintiff was granted a period of thirty days in which to file an amended complaint. In the same order, plaintiff was directed to submit within thirty days a complete in forma pauperis application together with a certified copy of his prison trust account statement. On December 14, 2005 and January 13, 2006, plaintiff filed requests for extension of time to comply with the court's order. Good cause appearing, the requests will be granted.

        On December 14, 2005, plaintiff filed a request for a "confidential seal" to be placed on all mail directed to plaintiff from the court in order to prevent said mail from being searched by correctional staff prior to delivery to plaintiff. The Clerk of the Court does not use such a seal when mailing court orders to parties. Plaintiff's request will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's December 14, 2005 and January 13, 2006 requests for an extension of time are granted;

2. Plaintiff is granted thirty days from the date of this order in which to file a complete in forma pauperis application, a certified copy of his trust account statement, and an amended complaint; and

3. Plaintiff's December 14, 2005 request for confidential seal is denied. . No further extensions of time will be granted.

DATED: February 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
chap2065.36sec(2)