IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD CHAPMAN,

    Plaintiff,                    No. CIV S-05-2065 FCD JFM P

    vs.

WILLIAM M. GALLAGHER, et al.,

    Defendants.          ORDER

_____/

        On September 14, 2006, plaintiff filed a motion to seal. (Docket no. 32.) On November 15, 2006, plaintiff filed a request to change the case title. (Docket no. 36.) This civil rights action was closed on May 8, 2006. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. The Clerk of the Court shall terminate docket nos. 32 and 36. IT IS SO ORDERED.

DATED: February 5, 2008.

                                        UNITED STATES MAGISTRATE JUDGE

/001; chap2065.58